In re Cabiro, Pamela Carter; LeBlanc, Marcelle Carter; Carter, Ronald T.; Haney, Mark W. et al.; Haney, Robert L. Jr.; Carter, Ellis P.; Stokes, Mary Carter; Carter, Martin C. Jr.; Carter, David A.;— Plaintiff(s); applying for certiorari and/or review, Parish of Orleans, Civil District Court Div. E, Nos. 92-20105; to the Court of Appeal, Fourth Circuit, No. 99-CA-0170.
Writ denied. Justice Knoll having declined to recuse herself, the rest of the court denied the motion to recuse.
TRAYLOR, J., not on panel.